IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MELVIN ETIENNE,** Individually and on behalf of others similarly situated | CIVIL ACTION NO: 6:15-cv-00462 |
| v. | JUDGE S. MAURICE HICKS |
| **FARMERS INSURANCE COMPANY and CENTURY 21 CENTENNIAL INSURANCE COMPANY** | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## STIPLUTATION OF DISMISSAL

WHEREAS, Fed. R. Civ. Proc. 41(A)(ii) allows dismissal of any action with the agreement of the parties;

WHEREAS, the parties have consulted and determined that further prosecution of this matter is not warranted;

WHEREAS, no payment of any kind was or will be paid by or on behalf of defendant 21st Century Centennial Insurance Company ("Defendant") to plaintiff Melton Etienne ("Plaintiff") or Plaintiff's counsel;

WHEREAS, Plaintiff has agreed to dismiss these actions with prejudice as to himself and without prejudice as to members of the putative class;

WHEREAS, Defendant agrees to this dismissal.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**:

This matter is dismissed with prejudice as to the named plaintiff, Melton Etienne, and without prejudice as to members of the putative class, with each side bearing their own fees and cost.

Dated:  January 14, 2019               WHALEY LAW FIRM


                                           By:___/s/ J. R. Whaley_____
                                              J. R. WHALEY, Bar Roll No. 25930
                                              BENJAMIN H. DAMPF, Bar Roll No. 32416
                                              6700 Jefferson Highway
                                              Building 12, Suite A
                                              Baton Rouge, Louisiana 70806

                                              KENNETH D. ST. PE'
                                              Kenneth D. St. Pe' Aplc
                                              311 W. University Ave., Suite A
                                              Lafayette, Louisiana, 70506

                                              STEPHEN B. MURRAY SR.
                                              STEPHEN B. MURRAY JR.
                                              ARTHUR M. MURRAY
                                              650 Poydras Street, Suite 2150
                                              New Orleans, Louisiana 70130

                                              KENNETH W. DEJEAN
                                              Law Offices of Kenneth W. DeJean
                                              Post Office Box 4325
                                              Lafayette, Louisiana 70502

                                              Lead Counsel for Plaintiff Melton Etienne


Dated:  January 14, 2019               PHELPS DUNBAR LLP


                                           By:___/s/ Virgina Y. Dodd____
                                              VIRGINA Y. DODD, Bar Roll No. 25275
                                              KEVIN W. WELSH, Bar Roll No. 35380
                                              II City Plaza
                                              400 Convention Street, Suite 1100
                                              Baton Rouge, Louisiana 70802


                                              Attorneys for Defendant 21st Century
                                              Centennial Insurance Company